

**OFFICE OF ATTORNEY GENERAL**
**STATE OF OKLAHOMA**

September 23, 2024

Mr. Christopher M. Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

    RE: *Moore v. White*, Case No. 23-6133

Dear Mr. Wolpert:

    Pursuant to Fed. R. App. P. 28(j), counsel provides the following supplemental authority referenced to the panel during oral argument in this case:

- *Ashley Parnell v. Tamika White*, No. 23-5103, Order Denying Certificate of Appealability (10th Cir. Sept. 16, 2024) (unpublished) (attached as Exhibit 1) (concluding that reasonable jurists would not debate the district court's rejection of Parnell's actual-innocence gateway claim to overcome her time-barred 28 U.S.C. § 2254 petition challenging her conviction for murdering her boyfriend's 23-month-old son, S.R., because, although a new expert "report suggests that [S.R.'s skull] fracture could have been caused by an accidental fall or abuse by someone else that occurred as many as seven days before S.R. went limp and therefore undermines the government's theory," the new expert's theory was contradicted by the trial experts' testimony; "Conflicting evidence, even conflicts between experts, is for a jury to resolve; and we cannot say that a reasonable jury would credit only one of the witnesses.").

                                        Respectfully submitted,

                                        s/ Tessa L. Henry
                                        Tessa L. Henry, OBA# 33193
                                        Assistant Attorney General

cc:    Andrea Miller
       Christine Cave