UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| **BEVERLY M. MOORE,** | ) |
|     Appellant/Petitioner, | ) |
| | ) |
| V. | )    **Case No. 23-6133** |
| | ) |
| **TAMIKA WHITE,** | ) |
|     Appellee/Respondent. | ) |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for Tamika White, Appellee/Respondent, in the above-captioned case(s)

                                         **s/ CAROLINE E.J. HUNT**
                                         **CAROLINE E.J. HUNT, OBA #32635**
                                         **ASSISTANT ATTORNEY GENERAL**
                                       313 NE 21st Street
                                       Oklahoma City, OK  73105
                                       (405) 521-3921 (405) 522-4534 (FAX)
                                       Service email:  fhc.docket@oag.ok.gov
                                                              caroline.hunt@oag.ok.gov

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

[X]    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 15, 2023

s/ CAROLINE E.J. HUNT

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

**X**     I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was electronically filed with the Clerk of this Court on September 15, 2023, and a Notice of Electronic Filing was sent to the following CM/ECF registrants:

    Christine Marie Cave
    Andrea Digilio Miller

                                  s/ CAROLINE E.J. HUNT